```
BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>   v.<br><br>NATHAN TYLER SECHREST,<br><br>         Defendant. | 2:09-CR-00171 JAM<br><br>FIRST AMENDED MOTION TO DISMISS INDICTMENT and ORDER DISMISSING INDICTMENT |

   Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, asks the Court to file an order dismissing the indictment against Nathan Tyler Sechrest, filed on

///
///
///
///
///
///
///
///

1

April 9, 2009, in 2:09-CR-00171 JAM.  On December 18, 2009, the government learned that the defendant had died on or about November 23, 2009.

Date: March 1, 2010

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: */s/ Kyle Reardon*
KYLE REARDON
Assistant U.S. Attorney

Attorneys for the Plaintiff
UNITED STATES OF AMERICA

**O R D E R**

APPROVED AND SO ORDERED.

Dated: 03/01/2010

/s/ John A. Mendez
JOHN A. MENDEZ
U.S. District Court Judge